United States District Court
~~Southern District~~ of Texas
**ENTERED**
February 06, 2018
David J. Bradley, Clerk

| | | |
|---|---|---|
| The York Group, Inc., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-08-2343 |
| | § | |
| Wuxi Taihu Tractor Company, Ltd., et al., | § | |
| | § | |
| Defendants. | § | |

## Opinion on Remand

The York Group, Inc., brought this case to enforce a state-court judgment. This court will not review the judgment. It will simply enforce it as a valid final judgment of another court, giving it the respect due a sister jurisdiction.[1]

The court that issued the judgment may ordinarily enforce it, but this case is not a mere continuation of the underlying state-court action.[2] York complains of Wuxi Taihu's post-judgment behavior. It wants to enforce the judgment against not only the original party in the state-court action, but also several related entities that helped it not comply with that judgment.

The motion to remand of Wuxi Taihu Tractor Company, Ltd., will be denied.

Signed on February 6, 2018, at Houston, Texas.

Lynn N. Hughes
United States District Judge

---

[1] U.S. Const. art. IV, §1.

[2] See Barrow v. Hunton, 99 U.S. 80 (1878).