UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
February 06, 2018
David J. Bradley, Clerk

The York Group, Inc., §
§
Plaintiff, §
§
versus § Civil Action H-08-2343
§
Wuxi Taihu Tractor Company, Ltd., et al., §
§
Defendants. §

## Order Denying Remand

The motion to remand of Wuxi Taihu Tractor Company, Ltd., is denied. (212)

Signed on February 6, 2018, at Houston, Texas.

Lynn N. Hughes
United States District Judge